Decided November 4, 1993

STATE OF CONNECTICUT *v.* KATHALEEN LINARES

The state of Connecticut's petition for certification for appeal from the Appellate Court, 32 Conn. App. 656 (AC 10910), is granted, limited to the following issue:

"Whether General Statutes § 2-1d (a) (2) (E)'s prohibition against 'any act which disturbs, disrupts or interferes with' the legislative process is facially overbroad for first amendment purposes?"

The Supreme Court docket number is SC 14861x01.

*Mitchell S. Brody,* assistant state's attorney, in support of the petition.

Decided October 28, 1993